IN THE SUPREME COURT OF TEXAS

 No. 09-0703

 IN RE OLSHAN FOUNDATION REPAIR COMPANY, LLC AND OLSHAN FOUNDATION REPAIR
 COMPANY OF DALLAS, LTD.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion to stay district court proceedings,
filed August 24, 2009, is granted. All trial court proceedings in Cause
No. 74551, styled Robert and Marta Tingdale v. Olshan Foundation Repair
Company, LLC and Olshan Foundation Repair Company of Dallas, Ltd., in the
40th District Court of Ellis County, Texas, are stayed pending further
order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 4, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk